SMITH, Appellant, vs. SMITH, Respondent.

For the appellant: *Clarence P. Nett,* attorney, and *Fred R. Wright* of counsel, both of Milwaukee.

For the respondent: *Swietlik & Swietlik* of Milwaukee.

*By the Court.*—That part of judgment appealed from is affirmed.

Cox, Respondent, vs. VILLAGE OF PARDEEVILLE, Appellant.

For the appellant: *Daniel H. Grady* of Portage.

For the respondent: *Rogers & Owens* of Portage.

*By the Court.*—Judgment affirmed.

*May 1, 1945.*

BRUNNER, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Ken Traeger* of Gresham.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.

Motion for rehearing denied, with $25 costs, on May 1, 1945.